**1**

**William A. MURPHY, alias William A. McMullen, v. UNITED STATES.**

Circuit Court of Appeals, Sixth Circuit.    March 18, 1927.

No. 4828.

In Error to the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

See, also, 19 F.(2d) 1019.

Howard H. Campbell and Carl Weideman, both of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM.    Judgment of District Court affirmed.

---

**2**

**William A. MURPHY, alias William A. McMullen, v. UNITED STATES.**

Circuit Court of Appeals, Sixth Circuit.    March 18, 1927.

No. 4932.

In Error to the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

See, also, 19 F.(2d) 1020.

Howard H. Campbell and Carl Weideman, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM.    Judgment of District Court affirmed.

---

**3**

**ORE-CARRYING CORPORATION, Libelant, v. CORNELL STEAMSHIP COMPANY, Respondent-Appellee, and United States, Respondent-Appellant, and three other cases.**

Circuit Court of Appeals, Second Circuit.    May 2, 1927.

No. 309.

Appeal from the District Court of the United States for the Southern District of New York.

Duncan & Mount, of New York City (O. D. Duncan and Dudley C. Smith, both of New York City, of counsel), for the United States.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Robert S. Erskine and Henry P. Elliott, both of New York City, of counsel), for Cornell Steamboat Co.

Before MANTON and SWAN, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM.    Decrees affirmed, with costs.

---

**4**

**Dionicio OTERINO v. UNITED STATES.**

Circuit Court of Appeals, Sixth Circuit.    May 12, 1927.

No. 4949.

In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

William J. Corrigan, of Cleveland, Ohio, for plaintiff in error.

A. E. Bernsteen, U. S. Atty., and Irene Nungesser, Asst. U. S. Atty., both of Cleveland, Ohio.

PER CURIAM.    Docketed and dismissed upon motion of counsel for the defendant in error.

---

**5**

**PETROLEUM HEAT & POWER COMPANY, Plaintiff in Error, v. Francis H. BROWN, Defendant in Error.**

Circuit Court of Appeals, Second Circuit.    May 2, 1927.

No. 308.

In Error to the District Court of the United States for the Southern District of New York.

Chadbourne, Stanchfield & Levy, of New York City (William Wallace, Jr., J. Arthur Leve and Harold A. Callan, all of New York City, of counsel), for plaintiff in error.

Everett, Clarke & Benedict, of New York City (Herman S. Hertwig and J. Maxwell Fassett, both of New York City, and George S. Wolbert, of Philadelphia, Pa., of counsel), for defendant in error.

Before MANTON and SWAN, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM.    Judgment affirmed, with costs.